United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2399

_____

Aderemi A. Alli,                 *
                                   *

     Plaintiff - Appellant,     *
                                     *   Appeal from the United States

v.                             *   District Court for the
                                     *   District of Minnesota.

Minneapolis Public Housing   *
Authority,                 *       **[UNPUBLISHED]**
                                     *

     Defendant - Appellee.     *

_____

Submitted:  June 13, 1997
Filed:   July 21, 1997

_____

Before LOKEN, REAVLEY,* and JOHN R. GIBSON, Circuit Judges.

_____

PER CURIAM.

       Aderemi Alli was hired by the Minneapolis Public Housing Authority as an open account specialist. After poor performance evaluations by two different supervisors, Alli was terminated near the end of his six-month probationary period. He then commenced this action under Title VII and the Minneapolis Civil Rights Act contending that he was wrongfully terminated because of his African-American race.

_____

*The HONORABLE THOMAS M. REAVLEY, United States Circuit Judge for the Fifth Circuit, sitting by designation.

The district court[1] granted summary judgment in favor of the Housing Authority, concluding that it had presented credible evidence of a legitimate, non-discriminatory reason for Alli's termination -- his poor work performance -- and that Alli had failed to come forward with credible evidence that this reason was a pretext for unlawful race discrimination. Alli appeals. After careful review of the record, we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE DAVID S. DOTY, United States District Judge for the District of Minnesota.